```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| NATHANIEL PARKS, | 1:19-cv-21984 (NLH) (MJS) |
| Plaintiff, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| CFG HEALTH SERVICES, et al., | |
| Defendants. | |

**APPEARANCES**:

Nathaniel Parks
P.O. Box 1685
Pleasantville, NJ 08232

    Plaintiff pro se

**HILLMAN, District Judge**

    WHEREAS, Plaintiff Nathaniel Parks is proceeding on an amended complaint, ECF No. 6; and

    WHEREAS, the matter was administratively terminated under Local Civil Rule 10.1 after mail sent to Plaintiff was returned to the Court, ECF No. 9; and

    WHEREAS, Plaintiff submitted a change of address notification, ECF No. 13; and

    WHEREAS, the Clerk shall be ordered to reopen the matter as Plaintiff has submitted his current address; and

    WHEREAS, the Clerk shall also be ordered to resend the Court's March 22, 2021 Order and the transmittal letter

explaining the procedure for completing United States Marshal ("Marshal") 285 Forms ("USM-285 Forms") to Plaintiff; and

WHEREAS the Court shall extend the time for service 90 days from the date of this Order, Fed. R. Civ. P. 4(m),

THEREFORE, IT IS on this  19th  day of April, 2021

ORDERED that the Clerk shall reopen this matter; and it is further

ORDERED that the Clerk shall resend the Court's March 22, 2021 Order, ECF No. 7, and the USM-285 Forms transmittal letter to Plaintiff; and it is further

ORDERED that that the time for service is extended 90 days from the date of this Order, Fed. R. Civ. P. 4(m); and it is finally

ORDERED that the Clerk shall send Plaintiff a copy of this Order by regular mail.

At Camden, New Jersey         s/ Noel L. Hillman
                              NOEL L. HILLMAN, U.S.D.J.